■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARA MARTINEZ, Appellant. [851 NYS2d 55]—Judgment, Supreme Court, New York County (Maxwell Wiley, J.), rendered on or about June 14, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Friedman, Sweeny and Moskowitz, JJ.